IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTIAN GOLIBART, et al., | § § § | |
| Plaintiffs, | § § | |
| TIFINI FURST and GAYLE HAVEL BLUM, | § § § | 1:24-CV-20-DII |
| Intervenors, | § § | |
| v. | § § § | |
| COMPLETE OILFIELD SERVICES, LLC, et al., | § § § § | |
| Defendants. | § | |

**<u>ORDER</u>**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiffs and Intervenors' ("Claimants") Joint Emergency Motion for Remand, (Dkt. 11). (R. & R., Dkt. 20). Defendant Nickel Rock, LLC ("Nickel Rock") timely filed objections to the report and recommendation. (Objs., Dkt. 24).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Nickel Rock timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Nickel Rock's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 20), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Claimants' Joint Emergency Motion for Remand (Dkt. 11), is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 428th District Court in Hays County, Texas.

**SIGNED** on April 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE